UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Earl Raymond Elder

    Plaintiff,

v.                                                     Case No. 2:23cv466

Mercedes-Benz USA, LLC

    Defendants.

## ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

/s/ MSD

Mark S. Davis
Chief Judge

June   25  , 2024

Mark S. Davis,
CHIEF UNITED STATES DISTRICT JUDGE